No. 88–5024. TRAVAGLIA *v.* PENNSYLVANIA. Super. Ct. Pa.;
No. 88–5685. RICE *v.* WASHINGTON. Sup. Ct. Wash.;
No. 88–6006. DAWSON *v.* MONTANA. Sup. Ct. Mont.;
No. 88–6154. BEATY *v.* ARIZONA. Sup. Ct. Ariz.;
No. 88–6468. YARRIS *v.* PENNSYLVANIA. Sup. Ct. Pa.;
No. 88–7073. THOMAS *v.* ALABAMA. Sup. Ct. Ala.;
No. 88–7120. HERNANDEZ *v.* CALIFORNIA. Sup. Ct. Cal.;
No. 88–7132. HOKE *v.* VIRGINIA. Sup. Ct. Va.;
No. 88–7135. WEBB *v.* TEXAS. Ct. Crim. App. Tex.;
No. 88–7136. CARUTHERS *v.* TENNESSEE. Ct. Crim. App. Tenn.; and
No. 88–7201. WAYE *v.* TOWNLEY, WARDEN. C. A. 4th Cir. Certiorari denied. Reported below: No. 88–5024, 359 Pa. Super. 630, 515 A. 2d 620; No. 88–5685, 110 Wash. 2d 577, 757 P. 2d 889; No. 88–6006, 233 Mont. 345, 761 P. 2d 352; No. 88–6154, 158 Ariz. 232, 762 P. 2d 519; No. 88–6468, 519 Pa. 571, 549 A. 2d 513; No. 88–7073, 539 So. 2d 399; No. 88–7120, 47 Cal. 3d

315, 763 P. 2d 1289; No. 88–7132, 237 Va. 303, 377 S. E. 2d 595; No. 88–7135, 760 S. W. 2d 263; No. 88–7201, 871 F. 2d 18.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.